## UNITED STATES BANKRUPTCY COURT
### NORTHERN ILLINOIS DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-08200 ABG |
| GARDNER, CAROL L. | § | |
| | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/08/2005 . The undersigned trustee was appointed on 04/15/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 129,961.76 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 0.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Leaving a balance on hand of | $ | 129,961.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/05/2006 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,748.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,748.09 , for a total compensation of $ 9,748.09 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 255.68 , for total expenses of $ 255.68 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2009          By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No: 05-08200  ABG  Judge: A. BENJAMIN GOLDGAR
Case Name: GARDNER, CAROL L.

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 03/08/05 (f)
341(a) Meeting Date: 04/12/05
Claims Bar Date: 06/05/06

For Period Ending: 07/24/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (Single Family Residence) Middleton | 225,000.00 | 0.00 | DA | 92,812.50 | FA |
| 1. 50% of Meckler settlement proceeds split between Asset #1 and #2 ($7,812.50) | | | | | |
| 2. Proceeds from surplus in Middleton foreclosure case ($85,000) | | | | | |
| 2. REAL PROPERTY (Office Building) Quentin Road | 450,000.00 | 0.00 | DA | 7,812.50 | FA |
| 1. 50% of Meckler settlement proceeds split between Asset #1 and #2 ($7,812.50) | | | | | |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT (Monticello) | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT (Royal American) | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. WEARING APPAREL (FUR COAT) | 350.00 | 0.00 | DA | 0.00 | FA |
| 14. LIFE INSURANCE | Unknown | 0.00 | DA | 0.00 | FA |
| 15. IRA (NORTHWESTERN MUTUAL) | Unknown | 0.00 | DA | 0.00 | FA |
| 16. STOCK (CARLTON) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. AUTO (LEASES) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,035.27 | Unknown |
| 19. OTHER MISCELLANEOUS (u) | 0.00 | 0.00 | | 28,301.49 | FA |
| Proceeds from bank for collateral surcharge. Principal $27,911.00 and interest $379.49 | | | | | |

TOTALS (Excluding Unknown Values)   $677,450.00   $0.00   $129,961.76

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/06   Current Projected Date of Final Report (TFR): 08/30/09

/s/ R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 07/24/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********5029 BofA - Money Market Account |
| Taxpayer ID No: | ********7751 | | |
| For Period Ending: | 07/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/06 | 1, 2 | Bruce R. Meckler<br>Receiver for Carlton Mortgage<br>Meckler, Bulger & Tilson, LLP<br>123 N. Wacker Dr., Suite 1800<br>Chicago, IL 60606 | Sale/Settlement Proceeds | 1110-000 | 15,625.00 | | 15,625.00 |
| 05/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.49 | | 15,630.49 |
| 06/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.85 | | 15,643.34 |
| 07/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.29 | | 15,656.63 |
| 08/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.30 | | 15,669.93 |
| 09/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.87 | | 15,682.80 |
| 10/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.33 | | 15,696.13 |
| 11/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.90 | | 15,709.03 |
| 12/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.34 | | 15,722.37 |
| 01/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.35 | | 15,735.72 |
| 02/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.07 | | 15,747.79 |
| 03/15/07 | 1 | Clerk, Circuit Court of Cook County<br>Daley Center, Room 1005<br>Chicago, IL 60602 | Settlement Funds | 1110-000 | 85,000.00 | | 100,747.79 |
| 03/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.51 | | 100,791.30 |
| 04/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.84 | | 100,874.14 |
| 05/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.67 | | 100,959.81 |
| 06/29/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.97 | | 101,042.78 |
| 07/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.82 | | 101,128.60 |
| 08/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.89 | | 101,214.49 |
| 09/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.46 | | 101,278.95 |
| 10/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.52 | | 101,343.47 |
| 11/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 54.14 | | 101,397.61 |
| 12/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.48 | | 101,446.09 |
| 01/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.19 | | 101,486.28 |
| 02/29/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 24.12 | | 101,510.40 |
| 03/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 23.99 | | 101,534.39 |
| 04/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 20.81 | | 101,555.20 |
| 05/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.90 | | 101,568.10 |
| 06/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.49 | | 101,580.59 |
| 07/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.91 | | 101,593.50 |
| 08/29/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.90 | | 101,606.40 |
| 09/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.50 | | 101,618.90 |
| 10/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.86 | | 101,628.76 |
| 11/28/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.32 | | 101,637.08 |
| 12/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 5.50 | | 101,642.58 |
| 01/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.72 | | 101,644.30 |
| 02/27/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.56 | | 101,645.86 |
| 03/31/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.73 | | 101,647.59 |
| 04/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.18 | | 101,651.77 |
| 05/29/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.31 | | 101,656.08 |
| 06/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.19 | | 101,660.27 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5029 BofA - Money Market Account |
| Taxpayer ID No: | *******7751 | | |
| For Period Ending: | 07/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/09 | 19 | Bank One<br>c/o Ungaretti & Harris<br>Client Funds Account<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Collateral Surcharge Proceeds | 1290-000 | 28,301.49 | | 129,961.76 |

Total Of All Accounts   129,961.76

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 05-08200 | | Page 1 | | Date: July 24, 2009 |
| Debtor Name: GARDNER, CAROL L. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 001 3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $52,463.50 | $0.00 | $52,463.50 |
| 000013 001 3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $2,750.55 | $0.00 | $2,750.55 |
| 000001 070 7100-00 | Bank One, N.A.<br>c/o Peter D. Sullivan, Esq.<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601 | Unsecured | | $1,980,230.68 | $0.00 | $1,980,230.68 |
| 000002 070 7100-00 | Carlton Mortgage Services Inc<br>c/o Bruce R Meckler<br>Meckler Bulger & Tilson LLP Suite 1800<br>123 N Wacker Drive<br>Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | Wells Fargo Funding Inc<br>Alan M Bernover Litchfield Cavo LLP<br>303 W Madison St #300<br>Chicago IL 60606 | Unsecured | | $231,330.70 | $0.00 | $231,330.70 |
| 000004 070 7100-00 | First Collateral Services, Inc<br>Brain W Norkett, Bullaro & Carton, P C<br>LaSalle Street, Suite 2500<br>Chicago, IL 60601 | Unsecured | | $258,872.60 | $0.00 | $258,872.60 |
| 000005 070 7100-00 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsecured | | $3,092.18 | $0.00 | $3,092.18 |
| 000006 070 7100-00 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,077.64 | $0.00 | $5,077.64 |
| 000007 070 7100-00 | MARSHALL FIELDS<br>111 BOULDER INDUSTRIAL DRIVE<br>BRIDGETON, MO 63044 | Unsecured | | $1,640.72 | $0.00 | $1,640.72 |
| 000008 070 7100-00 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $23,757.78 | $0.00 | $23,757.78 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-08200 | | Page 2 | | | Date: July 24, 2009 |
| Debtor Name: | GARDNER, CAROL L. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Stitt, Klein, Daday, Aretos & Giampietro, LLC<br>121 S Wilke Rd., Ste. 500<br>Arlington Heights, IL 60005 | Unsecured | | $42,438.87 | $0.00 | $42,438.87 |
| 000010 070 7100-00 | Citibank (South Dakota) NA<br>Assoc/BP Amoco Payment Center<br>4740 121st Street<br>Urbandale, IA 50329-2402 | Unsecured | | $2,827.52 | $0.00 | $2,827.52 |
| 000011 070 7100-00 | Citibank (South Dakota) NA<br>Assoc.Shell Payment Center<br>4740 121st Street<br>Urbandale, IA 50323-2402 | Unsecured | | $1,451.02 | $0.00 | $1,451.02 |
| | Case Totals: | | | $2,605,933.76 | $0.00 | $2,605,933.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-08200 ABG
Case Name: GARDNER, CAROL L.
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 9,748.09 | $ 255.68 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 52,463.50 | $ 2,750.55 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,550,719.71 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _Bank One, N.A._ | $ 1,980,230.68 | $ 50,263.44 |
| _000002_ | _Carlton Mortgage Services Inc_ | $ 0.00 | $ 0.00 |
| _000003_ | _Wells Fargo Funding Inc_ | $ 231,330.70 | $ 5,871.78 |

UST Form 101-7-TFR (4/1/2009) (Page: 9)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | First Collateral Services, Inc | $ 258,872.60 | $ 6,570.86 |
| 000005 | Discover Bank/Discover Financial Services | $ 3,092.18 | $ 78.49 |
| 000006 | American Express Travel Related Services Co Inc | $ 5,077.64 | $ 128.88 |
| 000007 | MARSHALL FIELDS | $ 1,640.72 | $ 41.65 |
| 000008 | American Express Travel Related Svcs Co | $ 23,757.78 | $ 603.03 |
| 000009 | Stitt, Klein, Daday, Aretos & Giampietro, LLC | $ 42,438.87 | $ 1,077.21 |
| 000010 | Citibank (South Dakota) NA | $ 2,827.52 | $ 71.77 |
| 000011 | Citibank (South Dakota) NA | $ 1,451.02 | $ 36.83 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-TFR (4/1/2009) (Page: 10)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.