# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § §
§
GARDNER, CAROL L. § Case No. 05-08200
§
Debtor(s) § §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 677,450.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 65,934.14 | Claims Discharged Without Payment: 4,568,623.20 |
| Total Expenses of Administration: 64,040.82 | |

3) Total gross receipts of $ 129,974.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 129,974.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 979,366.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 65,217.82 | 64,040.82 | 64,040.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,083,837.63 | 2,550,719.71 | 2,550,719.71 | 65,934.14 |
| **TOTAL DISBURSEMENTS** | $ 3,063,204.13 | $ 2,615,937.53 | $ 2,614,760.53 | $ 129,974.96 |

4) This case was originally filed under chapter 7 on 03/08/2005. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2009            By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY (Single Family Residence) Middleton | 1110-000 | 92,812.50 |
| REAL PROPERTY (Office Building) Quentin Road | 1110-000 | 7,812.50 |
| Post-Petition Interest Deposits | 1270-000 | 1,048.47 |
| OTHER MISCELLANEOUS | 1290-000 | 28,301.49 |
| TOTAL GROSS RECEIPTS | | $ 129,974.96 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Americas Servicing CO P.O. Box 981 Frederick, MD 21705-0981 | | 275,000.00 | NA | NA | 0.00 |
| Astoria Federal 2000 Marcus Avenue 3rd Fl Lake Success, NY 11042 | | 300,000.00 | NA | NA | 0.00 |
| Hinsdale Bank & Trust 25 E. First St Hinsdale, IL 60521 | | 260,000.00 | NA | NA | 0.00 |
| Monticello Banking Center 209 Rickey Rd Monticello, IN 47980 | | 109,366.50 | NA | NA | 0.00 |
| Toyota Financial SVC P.O. Box 6855 Carol Stream, IL 60197 | | 35,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 979,366.50** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 9,748.09 | 9,748.09 | 9,748.09 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 255.68 | 255.68 | 255.68 |
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 52,463.50 | 52,463.50 | 52,463.50 |
| UNGARETTI & HARRIS LLP | 3120-000 | NA | 2,750.55 | 1,573.55 | 1,573.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 65,217.82** | **$ 64,040.82** | **$ 64,040.82** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T P.O. Box 8212 Aurora, IL 60572-8212 | | 62.51 | NA | NA | 0.00 |
| American Express P.O. Box 297813 Ft Lauderdale, FL 33329-9785 | | 21,308.66 | NA | NA | 0.00 |
| American Express P.O. Box 297813 Ft. Lauderdale, FL 33329-9785 | | 4,948.80 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One - American Natl Bank 10 S. Dearborn Chicago, IL 60604 | | 1,980,230.68 | NA | NA | 0.00 |
| Chase Card Services P.O. Box 52126 Phoenix, AZ 85072-2126 | | 5,340.99 | NA | NA | 0.00 |
| Discover Card P.O. Box 30395 Salt Lake City, UT 84130-0395 | | 2,999.15 | NA | NA | 0.00 |
| Fleet Credit Card SVCS P.O. Box 84006 Columbus, GA 31908-4006 | | 3,817.16 | NA | NA | 0.00 |
| Hinshaw & Culbertson 222 N. LaSalle St, Ste 300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| Home Depot Processing Center Des Moines, IA 50364-0500 | | 7,372.99 | NA | NA | 0.00 |
| Household Bank P.O. Box 88000 Baltimore, MD 21288-0001 | | 3,206.22 | NA | NA | 0.00 |
| MBNA P.O. Box 15153 Wilmington, DE 19886 | | 9,204.31 | NA | NA | 0.00 |
| Processing Center P.O. Box 9014 Des Moines, IA 50303 | | 1,451.02 | NA | NA | 0.00 |
| SBC Bill Paymenty Center Chicago, IL 60663-0001 | | 169.53 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Shell Credit Processing Center Des Moines IA 50359 | | 1,451.02 | NA | NA | 0.00 |
| Stitt, Klein, Dady, Aretos & Giampietro 121 S. Wilke Suite 600 Arlington Heights, IL 60005 | | 40,633.87 | NA | NA | 0.00 |
| marshall Fields 111 Boulder Industrial Drive Bridgeton, MO 63044 | | 1,640.72 | NA | NA | 0.00 |
| AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 5,077.64 | 5,077.64 | 131.25 |
| AMERICAN EXPRESS TRAVEL RELATED SVC | 7100-000 | NA | 23,757.78 | 23,757.78 | 614.12 |
| BANK ONE, N.A. | 7100-000 | NA | 1,980,230.68 | 1,980,230.68 | 51,187.44 |
| CARLTON MORTGAGE SERVICES INC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| CITIBANK (SOUTH DAKOTA) NA 4034 | 7100-000 | NA | 2,827.52 | 2,827.52 | 73.09 |
| CITIBANK (SOUTH DAKOTA) NA 6886 | 7100-000 | NA | 1,451.02 | 1,451.02 | 37.51 |
| DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | NA | 3,092.18 | 3,092.18 | 79.93 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST COLLATERAL SERVICES, INC | 7100-000 | NA | 258,872.60 | 258,872.60 | 6,691.66 |
| MARSHALL FIELDS | 7100-000 | NA | 1,640.72 | 1,640.72 | 42.41 |
| STITT, KLEIN, DADAY, ARETOS & GIAMP | 7100-000 | NA | 42,438.87 | 42,438.87 | 1,097.01 |
| WELLS FARGO FUNDING INC | 7100-000 | NA | 231,330.70 | 231,330.70 | 5,979.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 2,083,837.63 | $ 2,550,719.71 | $ 2,550,719.71 | $ 65,934.14 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 05-08200 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Date Filed (f) or Converted (c): | 03/08/05 (f) |
| | | 341(a) Meeting Date: | 04/12/05 |
| For Period Ending: 12/11/09 | | Claims Bar Date: | 06/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (Single Family Residence) Middleton | 225,000.00 | 0.00 | DA | 92,812.50 | FA |
| 1. 50% of Meckler settlement proceeds split between Asset #1 and #2 ($7,812.50) | | | | | |
| 2. Proceeds from surplus in Middleton foreclosure case ($85,000) | | | | | |
| 2. REAL PROPERTY (Office Building) Quentin Road | 450,000.00 | 0.00 | DA | 7,812.50 | FA |
| 1. 50% of Meckler settlement proceeds split between Asset #1 and #2 ($7,812.50) | | | | | |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT (Monticello) | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT (Royal American) | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. WEARING APPAREL (FUR COAT) | 350.00 | 0.00 | DA | 0.00 | FA |
| 14. LIFE INSURANCE | Unknown | 0.00 | DA | 0.00 | FA |
| 15. IRA (NORTHWESTERN MUTUAL) | Unknown | 0.00 | DA | 0.00 | FA |
| 16. STOCK (CARLTON) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. AUTO (LEASES) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,048.47 | Unknown |
| 19. OTHER MISCELLANEOUS (u) | 0.00 | 0.00 | | 28,301.49 | FA |
| Proceeds from bank for collateral surcharge. Principal $27,911.00 and interest $379.49 | | | | | |

TOTALS (Excluding Unknown Values) $677,450.00 $0.00 $129,974.96

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/06   Current Projected Date of Final Report (TFR): 08/30/09

/s/     R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 12/11/09
R. SCOTT ALSTERDA, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5029 BofA - Money Market Account |
| Taxpayer ID No: | *******7751 | | |
| For Period Ending: | 12/11/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/06 | 1, 2 | Bruce R. Meckler<br>Receiver for Carlton Mortgage<br>Meckler, Bulger & Tilson, LLP<br>123 N. Wacker Dr., Suite 1800<br>Chicago, IL 60606 | Sale/Settlement Proceeds | 1110-000 | 15,625.00 | | 15,625.00 |
| 05/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.49 | | 15,630.49 |
| 06/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.85 | | 15,643.34 |
| 07/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.29 | | 15,656.63 |
| 08/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.30 | | 15,669.93 |
| 09/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.87 | | 15,682.80 |
| 10/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.33 | | 15,696.13 |
| 11/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.90 | | 15,709.03 |
| 12/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.34 | | 15,722.37 |
| 01/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.35 | | 15,735.72 |
| 02/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.07 | | 15,747.79 |
| 03/15/07 | 1 | Clerk, Circuit Court of Cook County<br>Daley Center, Room 1005<br>Chicago, IL 60602 | Settlement Funds | 1110-000 | 85,000.00 | | 100,747.79 |
| 03/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.51 | | 100,791.30 |
| 04/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.84 | | 100,874.14 |
| 05/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.67 | | 100,959.81 |
| 06/29/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.97 | | 101,042.78 |
| 07/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.82 | | 101,128.60 |
| 08/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.89 | | 101,214.49 |
| 09/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.46 | | 101,278.95 |
| 10/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 64.52 | | 101,343.47 |
| 11/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 54.14 | | 101,397.61 |
| 12/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.48 | | 101,446.09 |
| 01/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.19 | | 101,486.28 |
| 02/29/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 24.12 | | 101,510.40 |
| 03/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 23.99 | | 101,534.39 |
| 04/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 20.81 | | 101,555.20 |
| 05/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.90 | | 101,568.10 |
| 06/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.49 | | 101,580.59 |
| 07/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.91 | | 101,593.50 |
| 08/29/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.90 | | 101,606.40 |
| 09/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.50 | | 101,618.90 |
| 10/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.86 | | 101,628.76 |
| 11/28/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.32 | | 101,637.08 |
| 12/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 5.50 | | 101,642.58 |
| 01/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.72 | | 101,644.30 |
| 02/27/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.56 | | 101,645.86 |
| 03/31/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.73 | | 101,647.59 |
| 04/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.18 | | 101,651.77 |
| 05/29/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.31 | | 101,656.08 |
| 06/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.19 | | 101,660.27 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5029  BofA - Money Market Account |
| Taxpayer ID No: | *******7751 | | |
| For Period Ending: | 12/11/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/09 | 19 | Bank One<br>c/o Ungaretti & Harris<br>Client Funds Account<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Collateral Surcharge Proceeds | 1290-000 | 28,301.49 | | 129,961.76 |
| 07/31/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.01 | | 129,966.77 |
| 08/31/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.52 | | 129,972.29 |
| 09/16/09 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.67 | | 129,974.96 |
| 09/16/09 | | Transfer to Acct #*******5401 | Final Posting Transfer | 9999-000 | | 129,974.96 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5401  BofA - Checking Account |
| Taxpayer ID No: | *******7751 | | |
| For Period Ending: | 12/11/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/09 | | Transfer from Acct #*******5029 | Transfer In From MMA Account | 9999-000 | 129,974.96 | | 129,974.96 |
| 09/16/09 | 003001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 9,748.09 | 120,226.87 |
| 09/16/09 | 003002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 255.68 | 119,971.19 |
| 09/16/09 | 003003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000012, Payment 100.00000% | 3110-000 | | 52,463.50 | 67,507.69 |
| 09/16/09 | 003004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000013, Payment 100.00000% | 3120-000 | | 1,573.55 | 65,934.14 |
| 09/16/09 | 003005 | Bank One, N.A.<br>c/o Peter D. Sullivan, Esq.<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601 | Claim 000001, Payment 2.58492% | 7100-000 | | 51,187.44 | 14,746.70 |
| 09/16/09 | 003006 | Wells Fargo Funding Inc<br>Alan M Bernover Litchfield Cavo LLP<br>303 W Madison St #300<br>Chicago IL 60606 | Claim 000003, Payment 2.58492% | 7100-000 | | 5,979.72 | 8,766.98 |
| 09/16/09 | 003007 | First Collateral Services, Inc<br>Brain W Norkett, Bullaro & Carton, P C<br>200 N. LaSalle Street, Suite 2500<br>Chicago, IL 60601 | Claim 000004, Payment 2.58492% | 7100-000 | | 6,691.66 | 2,075.32 |
| 09/16/09 | 003008 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000005, Payment 2.58491% | 7100-000 | | 79.93 | 1,995.39 |
| 09/16/09 | 003009 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 2.58486% | 7100-000 | | 131.25 | 1,864.14 |
| 09/16/09 | 003010 | MARSHALL FIELDS<br>111 BOULDER INDUSTRIAL DRIVE<br>BRIDGETON, MO 63044 | Claim 000007, Payment 2.58484% | 7100-000 | | 42.41 | 1,821.73 |
| 09/16/09 | 003011 | American Express Travel Related Svcs Co Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 2.58492% | 7100-000 | | 614.12 | 1,207.61 |
| 09/16/09 | 003012 | Stitt, Klein, Daday, Aretos & Giampietro, LLC | Claim 000009, Payment 2.58492% | 7100-000 | | 1,097.01 | 110.60 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 05-08200 -ABG | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | GARDNER, CAROL L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5401 BofA - Checking Account |
| Taxpayer ID No: | *******7751 | | |
| For Period Ending: | 12/11/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/09 | 003013 | Citibank (South Dakota) NA Assoc/BP Amoco Payment Center 121 S. Wilke Rd., Ste. 500 Arlington Heights, IL 60005 4740 121st Street Urbandale, IA 50329-2402 | Claim 000010, Payment 2.58495% | 7100-000 | | 73.09 | 37.51 |
| 09/16/09 | 003014 | Citibank (South Dakota) NA Assoc.Shell Payment Center 4740 121st Street Urbandale, IA 50323-2402 | Claim 000011, Payment 2.58508% | 7100-000 | | 37.51 | 0.00 |

Total Of All Accounts    0.00